| | |
|---|---|
| 1 | PAUL W. REIDL (State Bar No. 155221) |
|   | Law Office of Paul W. Reidl |
| 2 | 3300 Wycliffe Drive |
|   | Modesto, CA 95355 |
| 3 | Telephone:  (209) 526-1586 |
|   | Email: reidl@sbcglobal.net |
| 4 | |
|   | *Attorney for Defendant Liquid Brands, LLC* |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **ONE TRUE VINE**, LLC, | Case No. 4:10-cv-4102-SBA (JL) |
| a California Limited Liability Company, | ORDER GRANTING |
| | **STIPULATED MOTION TO CONTINUE THE HEARING ON PLAINTIFF'S MOTION FOR JURISDICTIONAL DISCOVERY** |
| Plaintiff, | |
| v. | Magistrate Judge:  Hon. James Larson |
| **LIQUID BRANDS, LLC**, | Date:    December 22, 2010 |
| a Delaware Limited Liability Company, | Time:    9:30 a.m. |
| Defendant. | Courtroom: F, 15th Floor (San Francisco) |

      Following assignment of Plaintiff's Motion for Jurisdictional Discovery from the Hon. Sandra B. Armstrong, the Court calendared the hearing for December 22, 2010 at 9:30 a.m.  Due to a scheduling conflict, the parties have agreed to continue the hearing until the next available date on the Court's calendar which is December 29, 2010 at 9:30 a.m.  This stipulated motion is timely under the Local Rule 7.7 (a) because it has been filed before the due date for the opposition memorandum.

//

//

//

Page 1
STIPULATED MOTION TO CONTINUE THE HEARING ON PLAINTIFF'S MOTION FOR JURISDICTIONAL DISCOVERY
Case No. 4:10-cv-4102-SJA (JL)

Respectfully submitted,

**LAW OFFICE OF PAUL W. REIDL**

By: /s/ Paul W. Reidl_____

Dated: November 30, 2010.

Paul W. Reidl (CA Bar No. 155221)
LAW OFFICE OF PAUL W. REIDL
3300 Wycliffe Drive
Modesto, CA 95355
Telephone: (209) 526-1586
Email: reidl@sbcglobal.net

*Attorney for Defendant Liquid Brands, LLC*

**RUTAN & TUCKER, LLP**

By: /s/ Natalie M. Gowin_____

Natalie M. Gowin (CABar No. 234324)
RUTAN & TUCKER, LLP
611 Anton Boulevard
14th Floor
Costa Mesa, CA 92626
Telephone: (714) 641-5100
Email: ngowin@rutan.com

*Attorney for Plaintiff One True Vine, LLC*

IT IS SO ORDERED
/s/ James Larson
Judge James Larson
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Dated: December __1__, 2010

# PROOF OF SERVICE

I, the undersigned, declare and certify as follows:

I am over the age of eighteen (18) years and employed in the County of Stanislaus, State of California. I am a member of the Bar of the above-entitled Court. My business address is 3300 Wycliffe Drive, Modesto, CA 95355.

On November 30, 2010, I served the following document (attached hereto):

**STIPULATED MOTION TO CONTINUE THE HEARING ON PLAINTIFF'S MOTION FOR JURISDICTIONAL DISCOVERY**

**(XX) VIA CM/ECF FILING SYSTEM.** The undersigned hereby certifies that he caused a copy of the foregoing document(s) to be filed with the clerk of the U.S. District Court, Northern District of California, using the CM/ECF filing system, which caused a copy to be electronically mailed to the following CM/ECF Participant(s) on November 30, 2010:

Richard K. Howell
rhowell@rutan.com
Natalie M. Gowin
ngowin@rutan.com
RUTAN & TUCKER LLP
611 Anton Boulevard
14th Floor
Costa Mesa, CA 92626

Executed on November 30, 2010, at Modesto, California.

/s/ Paul W. Reidl